```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
ASHLEY SWANSON,

                        Plaintiff,

        -against-

MYERS-HOLUM, INC., and MARK MYERS,

                        Defendants.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2025
```

25 Civ. 1091 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated February 10, 2025, the Court directed the parties to file a joint letter and proposed case management plan by June 10, 2025. ECF No. 3. Those submissions are now overdue. Accordingly, by **July 14, 2025**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 16, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge